UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV16-1558-CAS(RAOx) | Date | September 7, 2016 |
|---|---|---|---|
| Title | *DOB-SAB, INC. v. UNITED STATES OF AMERICA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - DISMISSAL BY COURT

WHEREAS, on August 15, 2016, the Court granted defendant's motion to dismiss complaint, allowing plaintiff to file an amended complaint addressing (1) the deficiencies identified within that order and (2) those issues addressed by the Court at oral argument on the instant motion.

An amended complaint was to be filed and served no later than August 29, 2016. As of today's date, no such response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITH PREJUDICE**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |